The Motion (DE 31) is GRANTED.
IT IS SO ORDERED.

*Eli Richardson*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **OMAR CHAPA, M.D.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO. 3:23-cv-00842** |
| | ) | |
| **vs.** | ) | **JURY DEMAND** |
| | ) | |
| **MEHARRY MEDICAL COLLEGE** | ) | **JUDGE RICHARDSON** |
| | ) | |
| **Defendant.** | ) | **MAGISTRATE JUDGE NEWBERN** |

**<u>JOINT MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT TO FILE ITS REPLY</u>**

The Parties, by their respective counsel, respectfully request an additional fourteen (14) days, up to and including December 20, 2024, within which for Plaintiff to file his Response to Defendant's Motion to Dismiss and for Defendant to have a fourteen (14) day extension, up to and including January 9, 2025, to file its Reply. In support of this Motion, the Parties state as follows:

1. Defendant filed its Motion to Dismiss on November 22, 2024. [Docket Entry 28] Per local rule, Plaintiff's Response is due no later than December 6, 2024. Such time has not yet expired.

2. The undersigned was out of the office for the Thanksgiving Holiday.

3. There are no other deadlines set for this matter. As such, the requested extension will not impact or delay any other deadlines.

4. If the above extension is granted to Plaintiff, per Local Rule, Defendant's Reply would be due December 27, 2024. Given the Holidays, Defendant requests an extension through January 9, 2025, to file its Reply.

5. This Motion is made for good cause and not for purposes of delay.