UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OMAR CHAPA, M.D.,<br><br>    Plaintiff,<br><br>v.<br><br>MEHARRY MEDICAL COLLEGE,<br><br>    Defendant. | Case No. 3:23-cv-00842<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

Counsel for the parties appeared for a telephone conference with the Magistrate Judge on December 12, 2024, regarding their proposed amended case management order (Doc. No. 33). Because the proposed amendment includes continuing the dispositive motion deadline to a date that requires amending the June 24, 2025 trial date, the parties are ORDERED to file a motion to continue the trial date for Judge Richardson's review. The proposed target trial date is October 14, 2025.

The Magistrate Judge will address the parties' proposed amendments to the fact discovery and dispositive motion deadlines after Judge Richardson has resolved the anticipated motion to continue the trial date.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge