# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| OMAR CHAPA, M.D., | ) |
| Plaintiff, | ) |
| | ) CIVIL CASE NO. 3:23-cv-00842 |
| v. | ) |
| | ) JURY DEMAND |
| MEHARRY MEDICAL COLLEGE, | ) |
| | ) JUDGE RICHARDSON |
| | ) MAGISTRATE JUDGE NEWBERN |
| Defendant. | ) |

## AMENDED CASE MANAGEMENT ORDER

Plaintiff Omar Chapa, M.D. ("Dr. Chapa") and Defendant Meharry Medical College ("Meharry") (collectively "the Parties") respectfully request that the Court revise the existing case management order [DE 14] to reflect the following:

1. Discovery will close on March 27, 2025. All discovery motions should be filed on or before February 28, 2025.

2. Dispositive motions shall be filed by no later than May 5, 2025.

3. The Parties anticipate that this case will be ready for trial on or after October 14, 2025.

It is so ORDERED.

_____
Alistair E. Newbern
U.S. Magistrate Judge