UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OMAR CHAPA, M.D., <br><br> Plaintiff, <br><br> v. <br><br> MEHARRY MEDICAL COLLEGE, <br><br> Defendant. | Case No. 3:23-cv-00842 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |

## ORDER

On November 1, 2023, the Court directed the parties to file a joint status report regarding their case resolution efforts within 14 days after the conclusion of fact discovery. (Doc. No. 14.) Fact discovery concluded on March 27, 2025, and no status report has been filed.

The parties are ORDERED to file a joint status report by April 21, 2025.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge