# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| OMAR CHAPA, M.D., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL CASE NO. 3:23-cv-00842 ) ) JURY DEMAND |
| MEHARRY MEDICAL COLLEGE, | ) ) JUDGE RICHARDSON ) MAGISTRATE JUDGE NEWBERN |
| Defendant. | ) ) |

## DEFENDANT MEHARRY MEDICAL COLLEGE'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Meharry Medical College ("Defendant" or "Meharry") submits this Motion for Summary Judgment. Defendant requests that the Court enter an Order granting summary judgment on Plaintiff's claims, pursuant to Federal Rule of Civil Procedure 56, because there is no genuine issue as to any material fact and Plaintiff's claims fail as a matter of law.

1

Respectfully submitted,

*/s/ Jennifer Gingery Cook*
Mark A. Baugh, BPR No. 015779
Jennifer Gingery Cook, BPR No. 20027
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone (615) 726-5600
Facsimile (615) 744-5760
mbaugh@bakerdonelson.com
jcook@bakerdonelson.com

*Attorneys for Defendant Meharry Medical College*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May 2025, a copy of the foregoing *Defendant Meharry Medical College's Motion for Summary Judgment* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and those parties may access this filing through the Court's electronic filing system. All other parties will be served by e-mail.

Kyle F. Biesecker,
Taylor J. Ferguson
Biesecker Dutkanych & Macer, LLC
3200 West End Avenue, Suite 500
Nashville, Tennessee 37203
kfb@bdlegal.com
tferguson@bdlegal.com

*/s/ Jennifer Gingery Cook*
Jennifer Gingery Cook